**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | James D. Treadwell Jr. | Social Security number or ITIN  xxx–xx–7225 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Deana Treadwell | Social Security number or ITIN  xxx–xx–0796 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–32243–ABA | |

# Order of Discharge                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James D. Treadwell Jr.            Deana Treadwell
                                  aka Deana R. Treadwell

<u>1/7/22</u>                      **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                         Case No. 18-32243-ABA

James D. Treadwell, Jr.                                                                          Chapter 13

Deana Treadwell

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                      User: admin                      Page 1 of 2

Date Rcvd: Jan 07, 2022             Form ID: 3180W                Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James D. Treadwell, Jr., Deana Treadwell, 61 Bradford Way, Voorhees, NJ 08043-4760 |
| 517861882 | + | Joel Fischbein, 33 Old Republic Lane, Marlton, NJ 08053-4622 |
| 517861884 | + | Parker McCay P.A., 9000 Midatlantic Dr., Mount Laurel, NJ 08054-1539 |
| 517919241 | + | Petro, Inc., c/o Mullooly Jeffrey Rooney Flynn, LLP, 6851 Jericho Tpke, Syosset, NY 11791-4494 |
| 517861886 | | Specialized Loan Servicing, LLC, P.O. Box 636007, Littleton, CO 80163-6007 |
| 517861887 | + | The Bank of New York Mellon, 200 Park Avenue, 7th Floor, New York, NY 10166-0005 |
| 517939598 | + | The Bank of New York Mellon, Kevin G. McDonald, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517924154 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 07 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 07 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517861877 | | EDI: HNDA.COM | Jan 08 2022 01:23:00 | American Honda Finance, P.O. Box 6070, Cypress, CA 90630-6070 |
| 517962492 | + | EDI: CINGMIDLAND.COM | Jan 08 2022 01:23:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 517964187 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2022 20:34:12 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517861878 | + | EDI: CAPITALONE.COM | Jan 08 2022 01:23:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517861879 | + | EDI: CAPONEAUTO.COM | Jan 08 2022 01:23:00 | Capital One Auto Finance, 3901 N Dallas Pkwy, Plano, TX 75093-7864 |
| 517877150 | + | EDI: AISACG.COM | Jan 08 2022 01:23:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517883567 | + | EDI: AISACG.COM | Jan 08 2022 01:23:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517861880 | + | EDI: WFNNB.COM | Jan 08 2022 01:23:00 | Comenity Bank/Anniesez, PO Box 182789, Columbus, OH 43218-2789 |
| 517861881 | + | Email/Text: kmorgan@morganlaw.com | Jan 07 2022 20:30:00 | Ford Motor Credit, c/o Morgan, Bornstein & Morgan, 1236 Brace Road, Cherry Hill, NJ 08034-3229 |

| 517861883 | | Email/Text: signed.order@pfwattorneys.com | Jan 07 2022 20:29:00 | New Century Financial, c/o Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
|---|---|---|---|---|
| 517861885 | | EDI: Q3G.COM | Jan 08 2022 01:23:00 | Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517953910 | + | EDI: AIS.COM | Jan 08 2022 01:23:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 09, 2022        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B. Finberg | on behalf of Debtor James D. Treadwell Jr. andy@sjbankruptcylaw.com, abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Andrew B. Finberg | on behalf of Joint Debtor Deana Treadwell andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of CWABS, Inc., ASSET-BACKED CERTIFICATES, Series 2006-26 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of CWABS, Inc., ASSET-BACKED CERTIFICATES, Series 2006-26 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7